# Order

Michigan Supreme Court
Lansing, Michigan

March 29, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140237

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ANDREW DOUGLAS BEYERLEIN,
     Defendant-Appellant.

SC: 140237
COA: 294384
Oakland CC: 2008-220895-FH;
2008-221141-FH; 2008-221963-FH

_____/

     On order of the Court, the application for leave to appeal the November 5, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2010

Clerk

d0322